# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                            CASE NOS:  3:13cr19-MCR-HTC
                                                                                              3:19cv2874-MCR-HTC

DONNY ROSS

_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 17, 2020. ECF No. 51. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have conducted a *de novo* review of any timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation, ECF No. 51, is adopted and incorporated by reference in this Order.

2. Defendant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 45, is **DENIED;** and

3. A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 1st day of February, 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**